RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:     (202) 887-1500
Facsimile:     (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>   v.<br><br>MICHAEL RAMACCIOTTI and JON PROSSER,<br><br>    Defendants. | Case No. 3:25-cv-06043<br><br>**PLAINTIFF APPLE INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PARTIES**<br><br>**[Civil L.R. 3-15 and FRCP 7.1]** |

1    Pursuant to Federal Rule of Civil Procedure 7.1, counsel of record for Plaintiff Apple Inc.

2  hereby submits the following Corporate Disclosure Statement: Plaintiff Apple Inc., a publicly-

3  traded California corporation, has no parent corporation, and no publicly-held corporation owns

4  10% or more of its stock.

5    Pursuant to Civil Local Rule 3-15, the undersigned hereby certifies that as of this date,

6  other than the named parties, there are no other persons, associations of persons, firms,

7  partnerships, corporations (including parent corporations), or other entities that (i) have a

8  financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

9  non-financial interest in that subject matter or in a party that could be substantially affected by the

10  outcome of this proceeding.

11

12  Dated: July 17, 2025                    MORRISON & FOERSTER LLP

13

14                                          By:  */s/ Richard S.J. Hung*

15                                               Richard S.J. Hung

16                                               *Attorneys for Plaintiff*
                                                 APPLE INC.

17

18

19

20

21

22

23

24

25

26

27

28