# UNITED STATES DISTRICT COURT

for the

Northern District of California ▼

| | |
|---|---|
| APPLE INC., | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. C25-6043 |
| MICHAEL RAMACCIOTTI and JON PROSSER, | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Ramacciotti

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Richard S.J. Hung
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  7/18/25                                              *Cindy Hernandez*

                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael Ramacciotti__
was received by me on *(date)* __7/22/25__.

☑ I personally served the summons on the individual at *(place)* __23430 Fortress Wy__
__Pioneer, Calif. 95666__ on *(date)* __7/24/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __110__ (200 miles) for travel and $ __150__ for services, for a total of $ __260.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/24/25__

_____
Server's signature

Martin G. Walsack  Process Server
Printed name and title

3053 Hazel St.
Pollock Pines, CA. 95726
Server's address

Additional information regarding attempted service, etc: El Dorado  PS-0042