Andrew M. Purdy (CA Bar No. 261912)
andrew@bnsklaw.com
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite 520
Costa Mesa, CA 92626
Tel: (949) 676-0030
Fax: (949) 676-0035

*Attorneys for Defendant Michael Ramacciotti*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RAMACCIOTTI and JON PROSSER, <br><br> Defendants. | Case No.: 3:25-cv-06043-JD <br><br> **STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT MICHAEL RAMACCIOTTI TO FILE RESPONSE TO COMPLAINT** |

Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Apple Inc. ("Plaintiff"), on the one hand, and Defendant Michael Ramacciotti ("Defendant"), on the other hand, hereby stipulate as follows:

WHEREAS, Defendant was served with a Summons and Plaintiff's complaint on July 24, 2025;

WHEREAS, Defendant's deadline to respond to Plaintiff's complaint was August 14, 2025;

WHEREAS, Defendant failed to respond to Plaintiff's complaint on or before August 14, 2025, having only retained counsel after that date;

WHEREAS, Plaintiff has agreed that the time for Defendant to file a responsive pleading shall be extended to and including October 17, 2025; and

WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Plaintiff agrees to extend the time for Defendant to file a response to its complaint to October 17, 2025.

SO STIPULATED.

Dated: October 7, 2025

MORRISON & FOERSTER LLP

*/s/ Richard S.J. Hung*
Richard S.J. Hung

*Attorneys for Plaintiff Apple Inc.*

1
STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT MICHAEL RAMACCIOTTI TO FILE RESPONSE TO COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: October 7, 2025 | BROWN, NERI, SMITH & KHAN, LLP |
| 2 | | */s/ Andrew M. Purdy* |
| 3 | | Andrew M. Purdy |
| 4 | | *Attorneys for Defendant Michael Ramacciotti* |

## ECF SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory, Richard S.J. Hung.

| | | |
|---|---|---|
| | Dated: October 7, 2025 | BROWN, NERI, SMITH & KHAN, LLP |
| | | */s/ Andrew M. Purdy* |
| | | Andrew M. Purdy |
| | | *Attorneys for Defendant Michael Ramacciotti* |