1  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
2  JOHN S. DOUGLASS (CA SBN 322801)
   jdouglass@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:    (415) 268-7000
5  Facsimile:    (415) 268-7522

6  MARY PRENDERGAST (CA SBN 272737)
   mprendergast@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, District of Columbia 20037
   Telephone:    (202) 887-1500
9  Facsimile:    (202) 887-0763

10 Attorneys for Plaintiff
   APPLE INC.
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 | APPLE INC.,                           | Case No. 3:25-cv-06043-JD
17 |             Plaintiff,                | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JON PROSSER**
18 |        v.                             |
19 | MICHAEL RAMACCIOTTI and JON PROSSER,  | Courtroom: 11
                                             Judge: Hon. James Donato
20 |             Defendants.               | Action Filed: July 17, 2025
21

1    Under Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Apple Inc. (Apple)
2  requests the entry of default against Defendant Jon Prosser.
3    Apple filed its Complaint against Mr. Prosser and Defendant Michael Ramacciotti on July
4  17, 2025.  (Dkt. No. 1.)
5    Apple served Mr. Prosser personally on July 29, 2025 (Hung Decl. ¶ 2), making August
6  19, 2025 his deadline to respond.  (Hung Decl. ¶ 3.)
7    Mr. Prosser did not respond by that date.  (Hung Decl. ¶ 4.)
8    Despite Apple's multiple inquiries to Mr. Prosser about whether he would be responding
9  to the Complaint, Mr. Prosser still has not done so.  (Hung Decl. ¶ 5.)
10    Apple therefore asks that the Court enter a default against Mr. Prosser for failure to file a
11  timely responsive pleading or otherwise appear and defend himself in this action.

Dated: October 10, 2025                    MORRISON & FOERSTER LLP

                                           By: */s/ Richard S.J. Hung*
                                                Richard S.J. Hung

                                           *Attorneys for Plaintiff*
                                           APPLE INC.