RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RAMACCIOTTI and JON PROSSER,<br><br>　　　　Defendants. | Case No. 3:25-cv-06043-JD<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JON PROSSER**<br><br>Courtroom: 11<br>Judge: Hon. James Donato<br><br>Action Filed: July 17, 2025 |

I, Richard S.J. Hung, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel for Plaintiff Apple Inc. (Apple) in this action. I am personally familiar with Apple's service on and conversations with Defendant Jon Prosser in his matter.

2. Apple personally served Mr. Prosser with a copy of the summons and the Complaint on July 29, 2025. (*See* Dkt. No. 12 (Notice of Service).)

3. In view of Apple's service on Mr. Prosser on July 29, 2025, his deadline to respond to the Complaint was August 19, 2025.

4. Mr. Prosser did not respond to the Complaint by August 19, 2025.

5. Despite Apple's multiple inquiries about whether he would, in fact, be responding to the Complaint, Mr. Prosser still has not done so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of October, 2025 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard S.J. Hung*
　　　　　　　　　　　　　　　　　　　　　　　Richard S.J. Hung