1  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
2  JOHN S. DOUGLASS (CA SBN 322801)
   jdouglass@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:    (415) 268-7000
5  Facsimile:    (415) 268-7522

6  MARY PRENDERGAST (CA SBN 272737)
   mprendergast@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, District of Columbia 20037
   Telephone:    (202) 887-1500
9  Facsimile:    (202) 887-0763

10 Attorneys for Plaintiff
   APPLE INC.

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

16 APPLE INC.,                          Case No. 3:25-cv-06043-JD

17              Plaintiff,              **[PROPOSED] ENTRY OF DEFAULT
                                        AGAINST DEFENDANT JON
18      v.                              PROSSER**

19 MICHAEL RAMACCIOTTI and JON          Courtroom:  11
   PROSSER,                             Judge:  Hon. James Donato
20
                Defendants.             Action Filed:  July 17, 2025
21

22

23

24

25

26

27

28

Defendant Jon Prosser has failed to file a timely responsive pleading or otherwise appear and defend himself in this action.

In response to Plaintiff Apple Inc.'s request, default therefore is entered against Mr. Prosser under Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:                                          By: _____
                                                      Clerk of the Court