| | |
|---|---|
| 1 | RICHARD S.J. HUNG (CA SBN 197425) |
| | rhung@mofo.com |
| 2 | JOHN S. DOUGLASS (CA SBN 322801) |
| | jdouglass@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone:   (415) 268-7000 |
| 5 | Facsimile:    (415) 268-7522 |
| 6 | MARY PRENDERGAST (CA SBN 272737) |
| | mprendergast@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 8 | Washington, District of Columbia 20037 |
| | Telephone:   (202) 887-1500 |
| 9 | Facsimile:    (202) 887-0763 |
| 10 | Attorneys for Plaintiff |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:25-cv-06043-JD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Courtroom: 11 |
| MICHAEL RAMACCIOTTI and JON PROSSER, | Judge: Hon. James Donato |
| Defendants. | Action Filed: July 17, 2025 |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 10, 2025, I served a copy of:

- **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JON PROSSER**

- **DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JON PROSSER**

- **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT JON PROSSER**

- **PROOF OF SERVICE**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| *Pro Se Defendant* |
|---|
| Jon Prosser |
| 1063 Resevoir Run |
| Mineral Ridge, OH 44440 |
| Email: jon@frontpagetech.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Brentwood, California this 10th day of October, 2025.

| Gina L. Gerrish | /s/ Gina L. Gerrish |
|---|---|
| (typed) | (signature) |