

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

October 17, 2025

RE:25-cv-06043-JD  Apple Inc. v. Ramacciotti

Default is entered as to Defendant Jon Prosser on October 17, 2025.

Mark B. Busby, Clerk of Court

by:  Ken Perez
Case Systems Administrator
3Docketing@cand.uscourts.gov

*Rev. 7-19*