1

Andrew M. Purdy (CA Bar No. 261912)
*andrew@bnsklaw.com*
BROWN, NERI, SMITH & KHAN, LLP

2

650 Town Center Drive, Suite 520
Costa Mesa, CA 92626

3

Tel: (949) 676-0030
Fax: (949) 676-0035

4

5

*Attorneys for Defendant Michael Ramacciotti*

6

## UNITED STATES DISTRICT COURT

7

## NORTHERN DISTRICT OF CALIFORNIA

8

## SAN FRANCISCO DIVISION

9

10

APPLE INC.,

Case No.: 3:25-cv-06043-JD

11

            Plaintiff,

**SECOND STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT MICHAEL RAMACCIOTTI TO FILE RESPONSE TO COMPLAINT**

12

      v.

13

MICHAEL RAMACCIOTTI and JON
PROSSER,

14

            Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT MICHAEL
RAMACCIOTTI TO FILE RESPONSE TO COMPLAINT

1    Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court, Northern

2    District of California, Plaintiff Apple Inc. ("Plaintiff"), on the one hand, and Defendant Michael

3    Ramacciotti ("Defendant"), on the other hand, hereby stipulate as follows:

4    WHEREAS, Defendant was served with a Summons and Plaintiff's complaint on July 24,

5    2025;

6    WHEREAS, Defendant's deadline to respond to Plaintiff's complaint was August 14, 2025;

7    WHEREAS, Defendant failed to respond to Plaintiff's complaint on or before August 14,

8    2025, having only retained counsel after that date;

9    WHEREAS, on October 7, 2025, the parties filed a stipulation with the Court pursuant to

10   Rule 6-1(a) indicating that Plaintiff agreed to extend the time for Defendant to file a responsive

11   pleading to and including October 17, 2025 (Dkt. No. 13);

12   WHEREAS, on October 17, 2025, Defendant requested from Plaintiff a second extension of

13   time to file a responsive pleading with the Court, and Plaintiff granted the request, thereby extending

14   Defendant's time to file a responsive pleading to and including October 29, 2025;

15   WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern

16   District of California, permits the parties to extend the time within which to answer or otherwise

17   respond to the complaint by stipulation in writing and without a Court order provided the change

18   will not alter the date of any event or any deadline already fixed by Court order; and

19   WHEREAS, Plaintiff and Defendant agree that the second extension of time for Defendant to

20   file a responsive pleading will not alter the date of any event or any deadline already fixed by Court

21   order;

22   NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned

23   counsel, hereby stipulate as follows:

24   1. Plaintiff agrees to extend the time for Defendant to file a response to its complaint to and

25   including October 29, 2025.

26   //

27   //

28

1

SECOND STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT MICHAEL
RAMACCIOTTI TO FILE RESPONSE TO COMPLAINT

1   SO STIPULATED.

2

3   Dated: October 17, 2025                          MORRISON & FOERSTER LLP

4                                                     */s/ Richard S.J. Hung*
                                                      Richard S.J. Hung
5
                                                      *Attorneys for Plaintiff Apple Inc.*
6

7
    Dated: October 17, 2025                          BROWN, NERI, SMITH & KHAN, LLP
8
                                                      */s/ Andrew M. Purdy*
9                                                     Andrew M. Purdy

10                                                    *Attorneys for Defendant Michael Ramacciotti*

11

12

13                                    **ECF SIGNATURE ATTESTATION**

14          In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the

15   concurrence of the filing of this document has been obtained from the other signatory, Richard S.J.

16   Hung.

17   Dated: October 23, 2025                          BROWN, NERI, SMITH & KHAN, LLP

18                                                     */s/ Andrew M. Purdy*
                                                      Andrew M. Purdy
19                                                    *Attorneys for Defendant Michael Ramacciotti*

20

21

22

23

24

25

26

27

28
                                                    2
    SECOND STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT MICHAEL
    RAMACCIOTTI TO FILE RESPONSE TO COMPLAINT