# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  October 30, 2025      Judge:  Hon. James Donato

Time:  9 Minutes

Case No.     **3:25-cv-06043-JD**
Case Name     **Apple Inc. v. Ramacciotti et al**

Attorney(s) for Plaintiff(s):     Richard Hung
Attorney(s) for Defendant(s):     Andrew Purdy

Deputy Clerk:  Lisa R. Clark      Court Reporter:  Marla Knox

### PROCEEDINGS

Case Management Conference -- Held

### NOTES AND ORDERS

Defendant Ramacciotti represents that he is cooperating fully with informal discovery, and he will provide plaintiff Apple with access to his additional devices.

The parties are directed to continue engaging in informal discovery, including a deposition of Ramacciotti to be taken by Apple by December 15, 2025. The case is stayed in all other respects and the parties may not propound formal discovery requests or file any motions pending further order.

Within 7 days of Ramacciotti's deposition, the parties will file a joint status report proposing next steps to bring this litigation to a prompt resolution. The parties are directed to make every effort to keep litigation costs to a minimum.