RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RAMACCIOTTI and JON PROSSER, <br><br> Defendants. | Case No. 3:25-cv-06043-JD <br><br> **STIPULATION REGARDING DEPOSITION AND INTERROGATORIES** <br><br> Judge: Hon. James Donato |

1     Plaintiff Apple Inc. and Defendant Michael Ramacciotti, by and through their attorneys of
2 record, stipulate as follows:

3     WHEREAS, Apple sued Mr. Ramacciotti on July 17, 2025 in the above-captioned case,
4 asserting claims for (a) misappropriation of Apple's trade secrets under the Defend Trade Secrets
5 Act ("DTSA"), and (b) violation of the Computer Fraud and Abuse Act ("CFAA"); and

6     WHEREAS, Mr. Ramacciotti answered Apple's complaint on October 29, 2025 (Dkt. No.
7 20);

8     WHEREAS, the parties appeared for the initial case management conference on October
9 30, 2025, during which the Court ordered Apple to take Mr. Ramacciotti's deposition by
10 December 15, 2025 (Dkt. No. 21);

11     WHEREAS, Mr. Ramacciotti has requested an extension of the deadline for Apple to take
12 his deposition by two days, until December 17, 2025, to which Apple does not object.

13     WHEREAS, the parties have agreed that Mr. Ramacciotti will answer Apple's First Set of
14 Interrogatories (Nos. 1-5) to aid the parties in streamlining the court-ordered deposition;

15     NOW, THEREFORE, Apple and Mr. Ramacciotti stipulate as follows:

16     The deadline for Apple to take Defendant Michael Ramacciotti's deposition shall be
17 extended from December 15, 2025 to December 17, 2025.

18     Mr. Ramacciotti shall answer Apple's First Set of Interrogatories no later than five days
19 before his court-ordered deposition.

Dated: December 9, 2025        MORRISON & FOERSTER LLP

*/s/ Richard S.J. Hung*
Richard S.J. Hung

*Counsel for Plaintiff Apple Inc.*

Dated: December 9, 2025        BROWN, NERI, SMITH & KHAN, LLP

*/s/ Andrew M. Purdy*
Andrew M. Purdy

*Counsel for Defendant Michael Ramacciotti*

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Stipulation Regarding Deposition and Interrogatories. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy has concurred in this filing.

                                                */s/ Richard S.J. Hung*
                                                Richard S.J. Hung