1   RICHARD S.J. HUNG (CA SBN 197425)          ANDREW M. PURDY (CA SBN 261912)
    rhung@mofo.com                             andrew@bnsklaw.com
2   JOHN S. DOUGLASS (CA SBN 322801)           BROWN, NERI, SMITH & KHAN, LLP
    jdouglass@mofo.com                         650 Town Center Drive, Suite 520
3   MORRISON & FOERSTER LLP                    Costa Mesa, California 92626
    425 Market Street                          Telephone:    (949) 676-0030
4   San Francisco, California 94105-2482       Facsimile:    (949) 676-0035
    Telephone:    (415) 268-7000
5   Facsimile:    (415) 268-7522               Attorneys for Defendant
                                               MICHAEL RAMACCIOTTI
6   MARY PRENDERGAST (CA SBN 272737)
    mprendergast@mofo.com
7   MORRISON & FOERSTER LLP
    2100 L Street, NW, Suite 900
8   Washington, District of Columbia 20037
    Telephone:    (202) 887-1500
9   Facsimile:    (202) 887-0763

10  Attorneys for Plaintiff
    APPLE INC.

11

12                        UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16  APPLE INC.,                                Case No. 3:25-cv-06043-JD

17             Plaintiff,                      **JOINT STATUS REPORT**

18      v.

19  MICHAEL RAMACCIOTTI and JON                Judge:  Hon. James Donato
    PROSSER,
20                                             Action Filed:  July 17, 2025
               Defendants.
21

22

23

24

25

26

27

28

1    Pursuant to the Court's October 30, 2025 Order (ECF No. 21), Plaintiff Apple Inc. and
2    Defendant Michael Ramacciotti submit this Joint Status Report.

3    **1.    Case Update**.

4    **Defendant Michael Ramacciotti:**  Since the case management conference, Apple and
5    Mr. Ramacciotti have advanced this case through limited discovery.  Mr. Ramacciotti provided
6    dozens of devices to Apple for forensic review.  Apple also served and Mr. Ramacciotti
7    responded to a small set of interrogatories in advance of his deposition on December 17, 2025.

8    Discovery to date has helped Apple understand the scope of the misappropriation of its
9    trade secrets.  Apple invests tremendous resources in developing the technology at issue in this
10   case.  The theft and disclosure that occurred here harms Apple by depriving Apple of the
11   opportunity to choose how to introduce its technology, by giving competitors a head start in
12   efforts to copy Apple's technology, and by negatively impacting Apple's intellectual property
13   rights that protect its technology.

14   Mr. Ramacciotti has cooperated in resolving some of the factual inconsistencies raised by
15   the individuals involved in this matter.  Discovery, however, also has raised other issues that
16   Apple needs to investigate before knowing the extent of the harm resulting from the theft of its
17   trade secrets and the remedies needed to compensate and stop the harm.  For example, Mr.
18   Ramacciotti testified that Defendant Jon Prosser recorded and distributed a FaceTime call with
19   Mr. Ramacciotti (without telling him), showing Apple's unreleased software.  This evidence is
20   critical to understanding the extent of harm to Apple.

21   Apple seeks limited additional discovery to advance the case and potentially resolve it as
22   efficiently as possible.  For example, Mr. Ramacciotti is attempting to recover further text
23   messages for Apple's forensic review.  As another example, Apple has not
24   viewed Mr. Prosser's FaceTime recording or received any discovery related to the recording's
25   creation or distribution.  Apple seeks this discovery to uncover the full scope of what Apple
26   confidential information (including but not limited to that disclosed in Mr. Prosser's
27   videorecording) may have been disseminated to others.

28   **Defendant Prosser:**  Mr. Prosser still has not responded to the Complaint, even after

1  entry of default against him.  Apple intends to move for default judgment against him.

2  **2.** **Discovery**.

3  The partes have stipulated to limited third-party discovery as indicated in the

4  contemporaneously filed stipulation.  Apple also anticipates requesting the Court's leave to obtain

5  revenue and income information arising from the disclosure of its confidential information.

6  **3.** **Scheduling**.

7  As detailed in the contemporaneously filed stipulation, the parties anticipate filing a

8  further update with the Court on February 16, 2026.

9

10  Dated: December 24, 2025                      MORRISON & FOERSTER LLP

11

12                                               By: */s/ Richard S.J. Hung*
                                                     Richard S.J. Hung

13                                                   *Attorneys for Plaintiff*
                                                     APPLE INC.
14

15  Dated: December 24, 2025                      BROWN, NERI, SMITH & KHAN LLP

16

17                                               By: */s/ Andrew M. Purdy*
                                                     Andrew M. Purdy

18                                                   *Attorneys for Defendant*
                                                     MICHAEL RAMACCIOTTI
19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Status Report.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy has concurred in this filing.

*/s/ Richard S.J. Hung*
Richard S.J. Hung