RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

ANDREW M. PURDY (CA SBN 261912)
andrew@bnsklaw.com
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite 520
Costa Mesa, California 92626
Telephone:    (949) 676-0030
Facsimile:    (949) 676-0035

Attorneys for Defendant
MICHAEL RAMACCIOTTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL RAMACCIOTTI and JON PROSSER,<br><br>                    Defendants. | Case No. 3:25-cv-06043-JD<br><br>**STIPULATION REGARDING THIRD-PARTY DISCOVERY AND FURTHER CASE UPDATES**<br><br>Judge:  Hon. James Donato<br><br>Action Filed:  July 17, 2025 |

1    Plaintiff Apple Inc. and Defendant Michael Ramacciotti stipulate as follows:

2    WHEREAS, Apple filed a Complaint on July 17, 2025 in the above-captioned case,

3    alleging Mr. Ramacciotti (a) misappropriated Apple's trade secrets under the Defend Trade

4    Secrets Act ("DTSA"), and (b) violated the Computer Fraud and Abuse Act ("CFAA"); and

5    WHEREAS, Mr. Ramacciotti answered Apple's complaint on October 29, 2025 (Dkt. No.

6    20);

7    WHEREAS, the parties appeared for the initial case management conference on October

8    30, 2025;

9    WHEREAS, per the parties' stipulation (Dkt. No. 24), Apple took Mr. Ramacciotti's

10    deposition on December 17, 2025;

11    WHEREAS, the parties have agreed that limited third-party discovery is appropriate to

12    address issues raised by Mr. Ramacciotti's deposition;

13    NOW, THEREFORE, Apple and Mr. Ramacciotti stipulate as follows:

14    Apple shall serve limited discovery on Mr. Prosser and third parties.

15    The parties will further update the Court on the case's progress on Monday, February 16,

16    2025.

17

18    Dated: December 24, 2025                MORRISON & FOERSTER LLP

19                                            By:  */s/ Richard S.J. Hung*

20                                            Richard S.J. Hung

21                                            *Attorneys for Plaintiff*
                                             APPLE INC.

22

23    Dated: December 24, 2025                BROWN, NERI, SMITH & KHAN LLP

24                                            By:  */s/ Andrew M. Purdy*

25                                            Andrew M. Purdy

26                                            *Attorneys for Defendant*
                                             MICHAEL RAMACCIOTTI

27

28

1

2

3

4

**<u>ATTESTATION OF E-FILED SIGNATURE</u>**

     I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Stipulation Regarding Third-Party Discovery and Further Case Updates.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy has concurred in this filing.

5

6

7

          */s/ Richard S.J. Hung*
          Richard S.J. Hung

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28