RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

ANDREW M. PURDY (CA SBN 261912)
andrew@bnsklaw.com
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite 520
Costa Mesa, California 92626
Telephone:    (949) 676-0030
Facsimile:    (949) 676-0035

Attorneys for Defendant
MICHAEL RAMACCIOTTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RAMACCIOTTI and JON PROSSER,<br><br>Defendants. | Case No. 3:25-cv-06043-JD<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. James Donato<br><br>Action Filed:  July 17, 2025 |

1  Pursuant to the last Joint Status Report (ECF No. 24), Plaintiff Apple Inc. and Defendant
2  Michael Ramacciotti submit this Joint Status Report.

3  **1.    <u>Case Update</u>**.

4  Since the parties' last status update on December 24, 2025 (ECF No. 25), Apple and
5  Mr. Ramacciotti have continued to advance this case through limited discovery.  Apple deposed
6  Mr. Ramacciotti on December 17, 2025.  Following that deposition, Mr. Ramacciotti has
7  provided an additional device to Apple for forensic review.  He has also agreed to amend his
8  interrogatory responses and provided Apple with a limited set of information it requested
9  following his deposition testimony.

10  The parties stipulated to limited discovery on Mr. Prosser and other third parties (ECF No.
11  26).  Apple has not yet received the limited discovery it seeks to understand the full scope of
12  what Apple confidential information may have been disseminated to others.

13  Mr. Prosser has not responded to the Complaint, and default judgment was entered against
14  him on October 17, 2025 (ECF No. 17).

15  **2.    <u>Discovery</u>**.

16  The parties stipulated to limited discovery on third parties (ECF No. 26).  Apple served
17  Mr. Prosser with document and deposition subpoenas.  Mr. Prosser has acknowledged receipt of
18  the document and deposition subpoenas, and Apple is working with him to coordinate a date for
19  his deposition.

20  **3.    <u>Scheduling</u>**.

21  The parties anticipate filing a further update with the Court on April 13, 2026.

22

23

24

25

26

27

28

1    Dated: February 17, 2026                    MORRISON & FOERSTER LLP

2

3                                                By:  */s/ Richard S.J. Hung*
                                                     Richard S.J. Hung

4                                                     *Attorneys for Plaintiff*
                                                     APPLE INC.

5

6    Dated: February 17, 2026                    BROWN, NERI, SMITH & KHAN LLP

7

8                                                By:  */s/ Andrew M. Purdy*
                                                     Andrew M. Purdy

9                                                     *Attorneys for Defendant*
                                                     MICHAEL RAMACCIOTTI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF E-FILED SIGNATURE

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Status Report.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy has concurred in this filing.

*/s/ Richard S.J. Hung*
Richard S.J. Hung