RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:   (202) 887-1500
Facsimile:   (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

ANDREW M. PURDY (CA SBN 261912)
andrew@bnsklaw.com
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite 520
Costa Mesa, California 92626
Telephone:   (949) 676-0030
Facsimile:   (949) 676-0035

Attorneys for Defendant
MICHAEL RAMACCIOTTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:25-cv-06043-JD |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| MICHAEL RAMACCIOTTI and JON PROSSER, | Judge:  Hon. James Donato |
| Defendants. | Action Filed:  July 17, 2025 |

Pursuant to the last Joint Status Report (ECF No. 27), Plaintiff Apple Inc. and Defendant Michael Ramacciotti submit this Joint Status Report.

1.    **Case Update**.

Since the parties' last status update on February 17, 2026 (ECF No. 27), Apple and Mr. Ramacciotti have continued to advance this case through limited discovery.  Apple has forensically reviewed an additional device Mr. Ramacciotti provided to Apple.  Mr. Ramacciotti has also agreed to supplement his interrogatory responses.

The parties stipulated to limited discovery on defaulted Defendant Jon Prosser and others. (ECF No. 26.)  Apple sent courtesy copies of the subpoenas to Mr. Prosser on January 30, 2026, and served subpoenas on Mr. Prosser on February 3, 2026.  While Mr. Prosser has provided some responsive materials, he has failed to fully respond to Apple's requests and indicates he is retaining counsel and intends to move to set aside default.  Apple has extended the deadline for him to respond multiple times, but has not yet received the limited discovery it seeks to understand the full scope of what Apple confidential information and trade secrets Messrs. Ramacciotti and Prosser were in possession of and how they obtained it.  Mr. Ramacciotti has offered to sit for a follow-up deposition once Apple completes its limited third-party discovery, including any deposition of Mr. Prosser.  Mr. Prosser has not responded to the Complaint, and default was entered against him on October 17, 2025 (ECF No. 17).

2.    **Discovery**.

The parties stipulated to limited discovery on third parties.  (ECF No. 26.)  As part of this discovery, Apple served Mr. Prosser with document and deposition subpoenas.  Mr. Prosser has provided certain responsive materials and has indicated that other responsive materials exist.  But he has failed to fully respond, or to respond at all, to certain requests.  Apple likewise has worked to coordinate a date for Mr. Prosser's deposition, which should take place after Mr. Prosser has fully responded to Apple's document request subpoena.  Apple therefore intends to file a Motion for an Order to Show Cause in N.D. Ohio.

Mr. Ramacciotti has agreed to supplement his interrogatory responses and offered to sit for a follow-up deposition once Apple completes its limited third-party discovery, including any

deposition of Mr. Prosser.

**3.** **Scheduling**.

The parties anticipate filing a further update with the Court on June 10, 2026.

Dated: April 13, 2026                    MORRISON & FOERSTER LLP

                                         By: /s/ Richard S.J. Hung
                                             Richard S.J. Hung

                                             *Attorneys for Plaintiff*
                                             APPLE INC.

Dated: April 13, 2026                    BROWN, NERI, SMITH & KHAN LLP

                                         By: /s/ Andrew M. Purdy
                                             Andrew M. Purdy

                                             *Attorneys for Defendant*
                                             MICHAEL RAMACCIOTTI

## ATTESTATION OF E-FILED SIGNATURE

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Status Report.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy has concurred in this filing.

*/s/ Richard S.J. Hung*
Richard S.J. Hung