J. CURTIS EDMONDSON (SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
*Attorney for Defendant JON PROSSER*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

                    Plaintiff,

        v.

MICHAEL RAMACCIOTTI and
JON PROSSER,

                    Defendants.

Case No. 3:25-cv-06043-JD
Assigned to Hon. James Donato

**JON PROSSER'S RULE 7.1
DISCLOSURES**

Page 1

Pursuant to FRCP 7.1 and the corresponding local rule Jon Prosser is a natural person and not a corporate entity.

Respectfully Submitted,

*/s/ J. Curtis Edmondson*

Dated:  April 14, 2026                              By:  _____

J. Curtis Edmondson
Attorney for Defendant
JON PROSSER

Page 2

Rule 7.1 Disclosures

## CERTIFICATE OF SERVICE

I declare that I am employed with the Law Offices of J. Curtis Edmondson, whose address is 3720 SW 141st Ave., Suite 212, Beaverton, Oregon 97005. I am not a party to the within cause, and I am over the age of eighteen years.

On April 14, 2026, I served a copy of:

- Rule 7.1 Disclosures

**BY ELECTRONIC SERVICE** via CM/ECF

Richard S.J. Hung                                   *Attorneys for Plaintiff APPLE INC*
rhung@mofo.com
John S. Douglass
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Andrew M. Purdy                                    *Attorney for Defendant Michael*
andrew@bnsklaw.com                                 *Ramacciotti*
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite520
Costa Mesa, CA 92626
Tel: (949)676-0030
Fax: (949)676-0035


                                                   /s/ J. Curtis Edmondson

                                                   _____
                                                   J. Curtis Edmondson, Attorney for
                                                   Defendant Jon Prosser

Page 3