J. CURTIS EDMONDSON (SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
*Attorney for Defendant JON PROSSER*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL RAMACCIOTTI and<br>JON PROSSER,<br><br>             Defendants. | Case No. 3:25-cv-06043-JD<br>Assigned to Hon. James Donato<br><br>**SEPARATE STATUS REPORT<br>OF DEFENDANT JON PROSSER** |

Although defendant Jon Prosser has been defaulted, he provides this separate status report to apprise the Court that he retained the above counsel on Monday, April 13, 2026 in anticipation of the default being vacated

Counsel for Mr. Prosser called and emailed counsel for Apple and requested a stipulation to vacate entry of default to avoid the time and expense of making such a motion before the Court. Apple counsel said they would seek approval of their client. Apple's counsel has not yet indicated if they will agree to this stipulation.

Page 1

SEPARATE STATUS REPORT OF
DEFENDANT JOHN PROCESSOR

However, it should be noted that after the default, Apple has been in direct contact and discussions with defendant, and has also issued subpeonas to him. Thus, defendant is still involved in this litigation one way or another.

Counsel for Prosser was not invited or made aware that Joint Status report was to be filed yesterday, and if invited would have participated in the process.

Absent a stipulation which presumably will be forthcoming given defaults are disfavored, Mr. Process intends to promptly file a motion to vacate the default showing evidence of meritorious defenses to Apple's claims, including First Amendment protections that are afforded to journalists, per his long-running channel "Front PageTech".

Respectfully Submitted,

*/s/ J. Curtis Edmondson*

Dated: April 14, 2026                    By: _____

J. Curtis Edmondson
Attorney for Defendant JON
PROSSER

Page 2

SEPARATE STATUS REPORT OF
DEFENDANT JOHN PROCESSOR

## <u>CERTIFICATE OF SERVICE</u>

I declare that I am employed with the Law Offices of J. Curtis Edmondson, whose address is 3720 SW 141st Ave., Suite 212, Beaverton, Oregon 97005. I am not a party to the within cause, and I am over the age of eighteen years.

On April 14, 2026, I served a copy of:

• STATUS REPORT OF DEFENDANT JON PROSSER

**BY ELECTRONIC SERVICE** via CM/ECF

Richard S.J. Hung                                    *Attorneys for Plaintiff APPLE INC*
rhung@mofo.com
John S. Douglass
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Andrew M. Purdy                                    Attorney for Defendant Michael
andrew@bnsklaw.com                                 Ramacciotti
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite520
Costa Mesa, CA 92626
Tel: (949)676-0030
Fax: (949)676-0035

/s/ J. Curtis Edmondson

_____
J. Curtis Edmondson, Attorney for
Defendant Jon Prosser

Page 3

SEPARATE STATUS REPORT OF
DEFENDANT JOHN PROCESSOR