RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:     (202) 887-1500
Facsimile:     (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

ANDREW M. PURDY (CA SBN 261912)
andrew@bnsklaw.com
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite 520
Costa Mesa, California 92626
Telephone:     (949) 676-0030
Facsimile:     (949) 676-0035

Attorneys for Defendant
MICHAEL RAMACCIOTTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RAMACCIOTTI and JON PROSSER,<br><br>Defendants. | Case No. 3:25-cv-06043-JD<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. James Donato<br><br>Action Filed:  July 17, 2025 |

Pursuant to the last Joint Status Report (ECF No. 28), Plaintiff Apple Inc. and Defendant Michael Ramacciotti submit this Joint Status Report.

**1.      Case Update**.

Since the parties' last status update on April 13, 2026 (ECF No. 28), Apple and Mr. Ramacciotti have continued to advance this case through limited discovery.  Apple has reviewed communications and information received from third parties to the litigation.  Mr. Ramacciotti has also agreed to supplement his interrogatory responses and sit for a second deposition after third party discovery is complete, including any deposition of Jon Prosser.

**2.      Third-Party Discovery**.

The parties stipulated to limited discovery on third parties, including Mr. Prosser.  (ECF No. 26.)  Mr. Prosser has not responded to the Complaint, and default was entered against him on October 17, 2025, which he has not moved to vacate (ECF No. 17).

Apple served Mr. Prosser with subpoenas for relevant documents and a deposition on February 3, 2026.  After providing some but not all responsive materials and nearly nine months after the Complaint was filed, Mr. Prosser retained counsel.  He has since produced additional documents.  On June 9, Apple and Mr. Prosser filed a stipulation to vacate the entry of default against Mr. Prosser.  (ECF No. 32.)  As noted in the stipulation, Mr. Prosser agreed to produce all documents responsive to Apple's prior discovery requests by June 9, 2026.  There still appear to be deficiencies in Mr. Prosser's productions, and Apple has notified Mr. Prosser's counsel of those issues.  Mr. Prosser has also agreed to sit for his deposition on June 16, 2026.

**3.      Scheduling**.

The parties anticipate filing a further update with the Court on August 5, 2026.

Dated: June 10, 2026

MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
Richard S.J. Hung

*Attorneys for Plaintiff*
APPLE INC.

Dated: June 10, 2026

BROWN, NERI, SMITH & KHAN LLP

By: */s/ Andrew M. Purdy*
Andrew M. Purdy

*Attorneys for Defendant*
MICHAEL RAMACCIOTTI

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Status Report.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy has concurred in this filing.

/s/ Richard S.J. Hung
Richard S.J. Hung