J. CURTIS EDMONDSON (SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
*Attorney for Defendant JON PROSSER*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                     Plaintiff,<br><br>       v.<br><br>MICHAEL RAMACCIOTTI and<br>JON PROSSER,<br><br>                     Defendants. | Case No. 3:25-cv-06043-JD<br>Assigned to Hon. James Donato<br><br>**SEPARATE STATUS REPORT<br>OF DEFENDANT JON PROSSER** |

Jon Prosser, as a non-party for discovery purposes, provides this separate report. Prosser has retained counsel and has been working with Apple, even prior to counsel's engagement, in providing responsive discovery.  Prosser's counsel has also had a conversation with Michael Ramacciotti's counsel.

If the Court vacates entry of default, Prosser will promptly file an answer to the complaint.

Page 1

Respectfully Submitted,

Dated:  June 11, 2026

*/s/ J. Curtis Edmondson*

By:  _____

J. Curtis Edmondson
Attorney for Defendant
JON PROSSER

Page 2

SEPARATE STATUS REPORT OF
DEFENDANT JOHN PROCESSOR

## CERTIFICATE OF SERVICE

I declare that I am employed with the Law Offices of J. Curtis Edmondson, whose address is 3720 SW 141st Ave., Suite 212, Beaverton, Oregon 97005. I am not a party to the within cause, and I am over the age of eighteen years.

On June 11, 2026, I served a copy of:

• STATUS REPORT OF DEFENDANT JON PROSSER

**BY ELECTRONIC SERVICE** via CM/ECF

| | |
|---|---|
| Richard S.J. Hung<br>rhung@mofo.com<br>John S. Douglass<br>jdouglass@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | *Attorneys for Plaintiff APPLE INC* |
| Andrew M. Purdy<br>andrew@bnsklaw.com<br>BROWN, NERI, SMITH & KHAN, LLP<br>650 Town Center Drive, Suite520<br>Costa Mesa, CA 92626<br>Tel: (949)676-0030<br>Fax: (949)676-0035 | Attorney for Defendant Michael Ramacciotti |

/s/ J. Curtis Edmondson

_____

J. Curtis Edmondson, Attorney for Defendant Jon Prosser

Page 3