RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

*Attorneys for Plaintiff*
APPLE INC.

J. CURTIS EDMONDSON (CA SBN 236105)
jcedmondson@edmolaw.com
LAW OFFICES OF J. CURTIS
EDMONDSON
3720 SW 141st Avenue, Suite 212
Beaverton, Oregon 97005
Telephone:    (503) 336-3749
Facsimile:    (503) 482-7418

*Attorneys for Defendant*
JON PROSSER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:25-cv-06043-JD |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT** |
| v. | |
| MICHAEL RAMACCIOTTI and JON PROSSER, | Judge: Hon. James Donato |
| Defendants. | |

Plaintiff Apple Inc. and Defendant Jon Prosser stipulate as follows:

WHEREAS, Apple filed a complaint against Mr. Prosser on July 17, 2025;

WHEREAS, the Clerk of Court entered a default against Mr. Prosser on October 17, 2025, after Mr. Prosser failed to respond to the complaint (Dkt. No. 17);

WHEREAS, on January 30, 2026, Apple served Mr. Prosser with subpoenas seeking documents and a deposition related to Apple's claims against Mr. Ramacciotti;

WHEREAS, Mr. Prosser waived his objections to those subpoenas, has not fully responded to Apple's document subpoena, and has not sat for a deposition;

WHEREAS, Mr. Prosser had not retained counsel in this matter until just before his counsel filed a Notice of Appearance on April 14, 2026;

WHEREAS, after retaining counsel, Mr. Prosser has agreed to produce discovery responsive to Apple's document request subpoena by June 9, 2026, and to sit for a deposition by June 16, 2026;

WHEREAS, Mr. Prosser now seeks to set aside the October 17, 2025 entry of default (Dkt. No. 17);

WHEREAS, in light of Mr. Prosser's recent retention of counsel and agreement to immediately produce discovery, Apple believes setting aside the entry of default is the most efficient way to advance this case without further delay, and Apple does not oppose setting aside the entry of default;

NOW, THEREFORE, Apple and Mr. Prosser stipulate, subject to confirmation of the Court, that the entry of default against Mr. Prosser is set aside.


Dated: June 9, 2026                    MORRISON & FOERSTER LLP


                                       By:  /s/ Richard S.J. Hung
                                            Richard S.J. Hung

                                            *Attorneys for Plaintiff*
                                            APPLE INC.

Dated: June 9, 2026                    LAW OFFICES OF J. CURTIS EDMONDSON

                                       By: */s/ J. Curtis Edmondson*
                                       J. Curtis Edmondson

                                       *Attorneys for Defendant*
                                       JON PROSSER

# [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that the entry of default against Jon Prosser is set aside. Mr. Prosser shall have ten days after the date of this order to file a responsive pleading to Apple's complaint. Mr. Prosser shall produce all materials responsive to Apple's prior discovery requests by June 9, 2026, and shall sit for a deposition by no later than June 16, 2026.

Dated: June 22 , 2026

_____
HON. JAMES DONATO
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Setting Aside Default.  In compliance with Civil L.R.5-1(i)(3), I hereby attest that J. Curtis Edmondson has concurred in this filing.


/s/ Richard S.J. Hung
Richard S.J. Hung

JOINT STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT
CASE NO. 3:25-CV-06043-JD

4