RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JOHN S. DOUGLASS (CA SBN 322801)
jdouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

MARY PRENDERGAST (CA SBN 272737)
mprendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, District of Columbia 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

Attorneys for Plaintiff
APPLE INC.

ANDREW M. PURDY (CA SBN 261912)
andrew@bnsklaw.com
BROWN, NERI, SMITH & KHAN, LLP
650 Town Center Drive, Suite 520
Costa Mesa, California 92626
Telephone:    (949) 676-0030
Facsimile:    (949) 676-0035

Attorneys for Defendant
MICHAEL RAMACCIOTTI

J. CURTIS EDMONDSON (CA SBN 236105)
jcedmondson@edmolaw.com
EDMONDSON IP LAW
3720 SW 141st Avenue, Suite 212
Beaverton, Oregon 97006
Telephone:   (503) 336-3749

Attorneys for Defendant
JON PROSSER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>MICHAEL RAMACCIOTTI and JON PROSSER,<br><br>               Defendants. | Case No. 3:25-cv-06043-JD<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Hon. James Donato<br><br>Action Filed:  July 17, 2025 |

Pursuant to the last Joint Status Report (ECF No. 33), Plaintiff Apple Inc. and Defendant Michael Ramacciotti submit this Joint Status Report.  Defendant Jon Prosser did not respond to repeated outreach and therefore did not contribute to the joint status report.

**1.    Case Update**.

Since the parties' last status update on June 10, 2026 (ECF No. 33), the Court entered Apple's stipulation to let Mr. Prosser set aside the entry of default against him (ECF No. 35) and Mr. Prosser has joined the case, filing an answer on July 2, 2026 (ECF No. 36).

**2.    Discovery**.

Apple and Mr. Prosser have worked to advance this case through limited discovery.  Mr. Prosser provided documents and communications to Apple, and sat for a deposition on June 16, 2026.  Unfortunately, Apple last heard from Mr. Prosser's counsel on July 6th, 2026, despite repeated attempts to communicate and follow up on outstanding discovery issues.  There still appear to be deficiencies in Mr. Prosser's productions, and Apple has notified Mr. Prosser's counsel of those issues.

Shortly before this joint status update was to be filed, Mr. Prosser's counsel explained that this delay in response may be due to the fact that Mr. Prosser just had a second child and is attending to the care of a newborn.  Mr. Prosser's counsel indicated that he will find dates when additional discovery may be provided to Apple.

As per the previous status update, Mr. Ramacciotti has also agreed to supplement his interrogatory responses and sit for a second deposition.  This deposition is scheduled to take place in September 2026.

**3.    Scheduling**.

The parties anticipate filing a further update with the Court on October 7, 2026.

Dated:  August 5, 2026

MORRISON & FOERSTER LLP


By: */s/ Richard S.J. Hung*

Richard S.J. Hung

*Attorneys for Plaintiff*
APPLE INC.


Dated:  August 5, 2026

BROWN, NERI, SMITH & KHAN LLP


By: */s/ Andrew M. Purdy*

Andrew M. Purdy

*Attorneys for Defendant*
MICHAEL RAMACCIOTTI


Dated:  August 5, 2026

EDMONDSON IP LAW


By: */s/ J. Curtis Edmondson*

J. Curtis Edmondson

*Attorneys for Defendant*
JOHN PROSSER

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Joint Status Report.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew M. Purdy and J. Curtis Edmondson have concurred in this filing.

/s/ Richard S.J. Hung
Richard S.J. Hung